## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMPEREX TECHNOLOGY LIMITED,**<br><br><br>Plaintiff,<br><br>v.<br><br><br>**MAXELL, LTD. and**<br>**MAXELL HOLDINGS, INC.,**<br><br>Defendants. | **Civil Action No. 2:21-cv-08461-KM-MF**<br><br>**NOTICE OF PLAINTIFF'S MOTION TO ENJOIN MAXELL'S LATER-FILED INFRINGEMENT ACTION**<br><br>Judge: Honorable Kevin McNulty<br><br>Motion Date: May 17, 2021 |

**PLEASE TAKE NOTICE** that on May 17, 2021, or as soon thereafter as they may be heard, counsel for Plaintiff Amperex Technology Limited ("ATL") shall move before Hon. Kevin McNulty, U.S.D.J., United States District Court for the District of New Jersey, for an Order enjoining a later-filed suit by Defendant Maxell Holdings, Ltd. ("Maxell") in the U.S. District Court for the Western District of Texas, captioned *Maxell Holdings, Ltd. v. Amperex Technology Limited*, No. 6:21-cv-00347 (W.D. Tex. filed April 8, 2021).

**PLEASE TAKE FURTHER NOTICE** that in support of ATL's Motion, ATL will rely upon its memorandum of law, the Declarations of Phyllis Xiao and Becky L. Caruso and the exhibits thereto, all of which are filed herewith, as well as all pleadings, papers, and records on file in this Action.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: April 15, 2021

Respectfully submitted,

/s/ *Becky L. Caruso*

Becky L. Caruso (local counsel)
**GREENBERG TRAURIG LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel: (973) 360-7900
carusob@gtlaw.com

**GREENBERG TRAURIG LLP**
L. Howard Chen (to be admitted *pro hac vice*)
Harold H. Davis (to be admitted *pro hac vice*)
Yang Liu (to be admitted *pro hac vice*)
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
(415) 655-1300
chenh@gtlaw.com
davish@gtlaw.com
liuyan@gtlaw.com

Rose Cordero Prey (to be admitted *pro hac vice*)
MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-9200
preyr@gtlaw.com

Vishesh Narayen (to be admitted *pro hac vice*)
101 East Kennedy Boulevard, Suite 1900
Tampa, FL 33602
(813) 318-5700
narayenv@gtlaw.com

**ATTORNEYS FOR PLAINTIFF**
**AMPEREX TECHNOLOGY LIMITED**