# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMPEREX TECHNOLOGY LIMITED,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MAXELL, LTD. AND MAXELL HOLDINGS LTD.,**<br><br>    Defendants. | Civ. No. 21-08461 (KM) (MF)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on plaintiffs' motion (DE 7) to enjoin the patent infringement action, *Maxell Holdings, Ltd. v. Amperex Technology Limited*, 21-cv-347 (ADA) (W.D. Tex.) (the "WDTex Action"), and on plaintiffs' motion for alternative service (DE 10) and on defendant's motion to dismiss or in the alternative to transfer this case to the United States District Court for the Western District of Texas (DE 52), pursuant to 28 U.S.C. § 1404(a); and the Court having considered the submissions of the parties (DE 7, 10, 17, 23, 52, 57, 60) without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 27th day of September, 2021,

**ORDERED** that the motion to enjoin the WDTex Action (DE 7) is DENIED; and it is further

**ORDERED** that the motion for alternative service (DE 10) is DENIED as moot; and it is further

**ORDERED** that, insofar as the defendant's motion (DE 52) seeks dismissal of this action it is DENIED; and it is further

**ORDERED** that, insofar as defendant's motion (DE 52) seeks to transfer this case pursuant to 28 U.S.C. § 1404(a) is GRANTED and that this case is hereby **TRANSFERRED** to the Waco Division of the United States District

Court for the Western District of Texas, where the WDTex action, Civ. No. 21-347 (ADA) is pending.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**